STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

JAY JOHNSON *(Pro Hac Vice Application Forthcoming)*
1910 Pacific Avenue, Suite 13000
Dallas, TX 75201
Phone: 214-451-0164
Fax: 214-451-0165
Email: jay@kjpllc.com

*Attorney(s) for Plaintiff Scanning Technologies Innovations, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **SCANNING TECHNOLOGIES INNOVATIONS, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**VBO TICKETS, INC.,**<br><br>**Defendant.** | **Case No. 4:21-cv-00004**<br><br>**PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE** |

**TO THE HON. JON S. TIGAR, UNITED STATES DISTRICT JUDGE, NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to Civil Local Rule 7-11, Plaintiff Scanning Technologies Innovations, LLC ("Plaintiff" and/or "STI"), by and through their respective counsel, files its Motion

for Substituted Service of Defendant VBO Tickets, Inc. ("Defendant" and/or "VBO") ("Motion") and respectfully shows unto the Court the following:

## BACKGROUND

1. On January 3, 2021, Plaintiff filed its Complaint against Defendant [Doc 1].

2. Plaintiff has unsuccessfully attempted to serve Defendant multiple times. Plaintiff has attempted service at Defendant's address registered with the California Secretary of State; however, the service provider has indicated that the location which Plaintiff identified for the Defendant is not vacant and seems as if it is Defendant's address, but nobody comes into the office. *See* service attempts attached hereto as Exhibit A. Furthermore, the entity status remains "active." *See* attached hereto as Exhibit B. Through additional research, Plaintiff located three (3) potential additional addresses at which service has been attempted unsuccessfully on Defendant. *See,* Exhibit A.

3. Therefore, Plaintiff respectfully requests that the Court grant Plaintiff's Motion and allow substituted service of the Summons and Complaint on Defendant by certified mail, return receipt requested at Defendant's registered agent for service of process, David Boehme, located at 108 Foxworthy Ave., San Jose, CA 95118. *See*, Exhibit A.

4. Good cause exists for granting this Motion, as set forth above. The motion is not filed for purposes of delay but so that justice may be served.

5. Plaintiff is unable to obtain a stipulation to the time change since it has not been able to serve Defendant or reach counsel for Defendant.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant Plaintiff's Motion and allow Plaintiff to serve Defendant by substituted service on its

agent of process by certified mail, return receipt requested and provide Plaintiff with additional time to serve Defendant.

Dated: August 24, 2021              Respectfully submitted,

*/s/ Stephen M. Lobbin*
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

***Attorney(s) for Plaintiff Scanning Technologies Innovations, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2021, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

*/s/ Stephen M. Lobbin*