# EXHIBIT A

Civil Action No. 5:21-cv-00004 VKD

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>VBO TICKETS, INC., BY DELIVERING TO ITS REGISTERED AGENT, DAVID BOEHME</u> was received by me on *(date)* <u>Feb 23, 2021, 3:48 pm</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☒ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 08/24/2021

*Signed by:* marcus watson
—4C8EBB0513AE4DA...
*Server's signature*

MARCUS WATSON - PROCESS SERVER
*Printed name and title*

595 PARK AVE., SUITE 300, SAN JOSE, CA 95110
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Feb 26, 2021, 2:21 pm at 1084 FOXWORTHY AVE, SAN JOSE, CA 95118
No one was at the business.

2) Unsuccessful Attempt: Feb 26, 2021, 3:42 pm at 1084 FOXWORTHY AVE, SAN JOSE, CA 95118
No one was at the business.

3) Unsuccessful Attempt: Mar 1, 2021, 8:00 am at 1084 FOXWORTHY AVE, SAN JOSE, CA 95118
No cars. No answer. No phone number to call either. Spoke to the security guard for the building. He said usually they park their cars where the cones are. And he said no one was there.

4) Unsuccessful Attempt: Jun 14, 2021, 1:33 pm at 4125 BLACKFORD AVE, SAN JOSE, CA 95117
4125 Blackford Ave San Jose, CA 95117. Bad address. Office building with several businesses. Subject not listed on directory.

No office there by that name.

5) Unsuccessful Attempt: Jul 16, 2021, 10:08 am at 1989 SANTA CRUZ AVE, SANTA CLARA, CA 95051
1989 Santa Cruz Ave, Santa Clara, Ca 95051. Address invalid per current occupant (renter) Asian-m-40yrs-5'11-160lbs-blk hair who states the company in question is unknown but the agent for the company is the owner of this property and does not live here but rents it out. No additional info was provided

6) Unsuccessful Attempt: Jul 23, 2021, 2:39 am at 3550 STEVENS CREEK BLVD, SAN JOSE, CA 95117
7/23/21 2:39pm
Building is vacant, completely empty