STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

JAY JOHNSON *(Pro Hac Vice Application Forthcoming)*
1910 Pacific Avenue, Suite 13000
Dallas, TX 75201
Phone: 214-451-0164
Fax: 214-451-0165
Email: jay@kjpllc.com

*Attorney(s) for Plaintiff Scanning Technologies Innovations, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **SCANNING TECHNOLOGIES INNOVATIONS, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**VBO TICKETS, INC.,**<br><br>**Defendant.** | **Case No. 4:21-cv-00004**<br><br>**[PROPOSED] ORDER** |

On this date came on to be heard Plaintiff's Motion for Substituted Service ("Motion"), and the Court having considered same, is of the opinion that Plaintiff's Motion should be GRANTED. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff is allowed to attempt service of the Summons and Complaint on Defendant by substituted service to its registered agent for service of process, David Boehme, located at 108

Foxworthy Ave., San Jose, CA 95118 by certified mail, return receipt requested.

DATED this ____ day of _____, 20_____.

BY THE COURT:

_____
HONORABLE UNITED STATES DISTRICT JUDGE