UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>VBO TICKETS, INC.,<br><br>        Defendant. | Case No. 21-cv-00004-JST<br><br>**ORDER RE: MOTION FOR SUBSTITUTED SERVICE OF PROCESS**<br><br>Re: ECF No. 21 |

Plaintiff's motion for substituted service, ECF No. 21, is denied. Plaintiff is requesting the Court to determine in advance whether its attempt to serve Defendant by substitute service, as allowed under California law, is valid. *See* Cal. Code Civ. Proc. § 415.20(a). The Court will not issue such an advisory opinion.

**IT IS SO ORDERED.**

Dated: August 26, 2021

_____
JON S. TIGAR
United States District Judge